■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD PENN, Appellant. [638 NYS2d 377] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY JENERETT, Appellant. [638 NYS2d 377] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.